**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-139-DCK**

| | | |
|---|---|---|
| PLS INVESTMENTS, LLC, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OCWEN LOAN SERVICING, LLC; HSBC | ) | |
| BANK USA, NATIONAL ASSOCIATION, | ) | |
| as Trustee for Fremont Home Trust 2004-B | ) | |
| Asset Backed Certificates, Series 2004-B; | ) | |
| and REAL HOME SERVICES AND | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 34) filed by J. Scott Flowers, concerning Amy L. Hanna on February 19, 2016. Ms. Amy L. Hanna seeks to appear as counsel *pro hac vice* for Defendants Ocwen Loan Servicing, LLC; HSBC Bank USA, N.A.; Real Home Services and Solutions, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 34) is **GRANTED.** Ms. Amy L. Hanna is hereby admitted *pro hac vice* to represent Defendants Ocwen Loan Servicing, LLC; HSBC Bank USA, N.A.; Real Home Services and Solutions, Inc.

   **SO ORDERED**.

Signed: February 22, 2016

David C. Keesler
United States Magistrate Judge