IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-139-DCK

| | |
|---|---|
| PLS INVESTMENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| OCWEN LOAN SERVICING, LLC; HSBC | ) |
| BANK USA, NATIONAL ASSOCIATION, | ) |
| as Trustee for Fremont Home Trust 2004-B | ) |
| Asset Backed Certificates, Series 2004-B; | ) |
| and REAL HOME SERVICES AND | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 35) filed by J. Scott Flowers, concerning Teresa L. Bailey on February 19, 2016. Ms. Teresa L. Bailey seeks to appear as counsel *pro hac vice* for Defendants Ocwen Loan Servicing, LLC; HSBC Bank USA, N.A.; Real Home Services and Solutions, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 35) is **GRANTED.** Ms. Teresa L. Bailey is hereby admitted *pro hac vice* to represent Defendants Ocwen Loan Servicing, LLC; HSBC Bank USA, N.A.; Real Home Services and Solutions, Inc.

**SO ORDERED**.

Signed: February 22, 2016

David C. Keesler
United States Magistrate Judge