**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-139-DCK**

| | | |
|---|---|---|
| PLS INVESTMENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OCWEN LOAN SERVICING, LLC; HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee For Fremont Home Trust 2004-B Asset Backed Certificates, Series 2004-B; and REAL HOME SERVICES AND SOLUTIONS, INC., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

Retired Superior Court Judge Ron Spivey is assisting the parties as the designated mediator in this case. Judge Spivey has reported to the undersigned's staff that the parties have made progress toward settlement, but need additional time to continue their efforts.

**IT IS, THEREFORE, ORDERED** that the parties shall have up to and including **May 9, 2016** to complete mediation and file their Mediation Report.

**IT IS FURTHER ORDERED** that if the parties are unable to reach a settlement agreement, dispositive motions are due by **May 27, 2016**; and a trial in this matter, if necessary, will be held during the undersigned's civil term beginning on or about **August 29, 2016**, in Statesville, North Carolina.

**SO ORDERED**.

Signed: April 29, 2016

David C. Keesler
United States Magistrate Judge