IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-139-DCK

| | |
|---|---|
| PLS INVESTMENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| OCWEN LOAN SERVICING, LLC; HSBC ) | |
| BANK USA, NATIONAL ASSOCIATION, as ) | |
| Trustee For Fremont Home Trust 2004-B ) | |
| Asset Backed Certificates, Series 2004-B; and ) | |
| REAL HOME SERVICES AND ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

A Status and Motions Hearing is currently scheduled for November 29, 2016. Due to recent conflicts on the undersigned's calendar the hearing in this matter will be cancelled.

**IT IS, THEREFORE, ORDERED** the Status and Motions Hearing set for **November 29, 2016** at 2:00 p.m. is **CANCELLED**. The Court may re-schedule a hearing at a later date.

**SO ORDERED**.

Signed: November 23, 2016

David C. Keesler
United States Magistrate Judge