# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| PLS Investments, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:14-cv-00139-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| OCWEN LOAN SERVICING, LLC; HSBC BANK USA, NATIONAL ASSOCIATION; and REAL HOME SERVICES AND SOLUTIONS, INC., | ) | |
| Defendants, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2017 Order.

January 31, 2017

_____
Frank G. Johns, Clerk
United States District Court